RYAN M. ARCHER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: RArcher@usa.doj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2009 OCT 22 PM 3 39

PATRICK E. DUFFY, CLERK
BY T. Devitt
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIN LEE STEWART,<br><br>Defendant. | CR 09- 26 -BU- DWM<br><br>INDICTMENT<br><br>CREDIT CARD FRAUD (Counts I and III)<br>Title 18 U.S.C. § 1029(a)(2)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

|  | AGGRAVATED IDENTITY THEFT (Counts II and IV) Title 18 U.S.C. §§ 1028A(a)(1) (Penalty: Two years imprisonment in addition to punishment for underlying felony, $250,000 fine, and one year supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That between in or about October 2008, and continuing thereafter until in or about December 2008, at Big Sky, in the State and District of Montana, and other places, the defendant, ERIN LEE STEWART, did knowingly and with the intent to defraud, use one or more unauthorized access devices during any one year time period, and by such conduct obtained goods, services and other things of value in excess of $1000, that is, the defendant, ERIN LEE STEWART, unlawfully, and beyond her authorization obtained a credit card in the name of K.M., account number xxxxxxxxxxxx0644, and used it for her own personal benefit and enrichment, in violation of 18 U.S.C. § 1029(a)(2).

## COUNT II

Between in or about October 2008, and continuing thereafter until

in or about December 2008, at Big Sky, in the State and District of Montana, the defendant, ERIN LEE STEWART, during and in relation to the commission of credit card fraud, as set forth in Count I, did knowingly possess and use, without lawful authority, a means of identification of K.M., in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT III

That between in or about June 2008, and continuing thereafter until in or about July 2008, at Big Sky, in the State and District of Montana, and other places, the defendant, ERIN LEE STEWART, did knowingly and with the intent to defraud, use one or more unauthorized access devices during any one year time period, and by such conduct obtained goods, services and other things of value in excess of $1000, that is, the defendant, ERIN LEE STEWART, unlawfully, and beyond her authorization obtained a credit card using the social security number of J.W., account number xxxxxxxxxx0607, and used it for her own personal benefit and enrichment, in violation of 18 U.S.C. § 1029(a)(2).

## COUNT IV

Between in or about June 2008, and continuing thereafter until in

or about July 2008, at Big Sky, in the State and District of Montana, the defendant, ERIN LEE STEWART, during and in relation to the commission of credit card fraud, as set forth in Count III, did knowingly possess and use, without lawful authority, a means of identification of J.W., in violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: _____✓_____
Bail: _____none_____